IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LISA WILLIAMS                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:08CV690-HTW-LRA

WAL-MART STORES EAST, LP
AND ADRIAN COKER                                                          DEFENDANTS

## ORDER WITHDRAWING PRIOR ORDER [#19]

This cause came before the undersigned Magistrate Judge *sua sponte* regarding the Order [#19] entered on September 30, 2009, granting Plaintiff's Motion for Leave to File First Amended Complaint [#14 & #15]. Upon further consideration, the undersigned finds that the issue of this Court's jurisdiction should first be determined by the District Judge prior to a consideration of the Motion to Amend. Accordingly, the undersigned shall withdraw the September 30th Order. The issue of whether Plaintiff should be allowed to amend her Complaint shall be considered by Judge Wingate in connection with the jurisdictional issues presented in the Motion to Remand.

IT IS, THEREFORE, ORDERED that the undersigned's prior Order [#19] is withdrawn. Plaintiff's Motion for Leave to File First Amended Complaint [#14 & #15] shall be considered by Judge Wingate when the issue of this Court's jurisdiction is resolved.

SO ORDERED, this the 2nd day of October, 2009.


/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE